[No. 26703-5-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
PATRICK MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-05832-1, Warren Chan, J., entered July 10,
1990. *Affirmed* by unpublished opinion per Pekelis, J., con-
curred in by Webster, C.J., and Forrest, J.

[No. 28198-4-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ROBERT HOOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06728-5, Richard M. Ishikawa, J., entered
March 19, 1991. *Affirmed* by unpublished per curiam opin-
ion.

[No. 28567-0-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
WAYNE DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00710-8, John M. Darrah, J., entered May
22, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 27787-1-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MAX M.
WILL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 90-1-00384-1, Stanley K. Bruhn, J., entered Feb-
ruary 1, 1991. *Dismissed* by unpublished per curiam opinion.